

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>CASEY CHARLES SPAIN, )<br><br>Defendant. ) | Criminal No. 3:17-CR- *123*<br><br>Count One: 18 U.S.C. § 922(g)(1)<br>(Possession of Firearm by Felon) |

## INDICTMENT

September 2017 Term – At Richmond, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of Firearm by Felon)

On or about August 31, 2017, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant CASEY CHARLES SPAIN, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and unlawfully possess a firearm, to wit, a 9mm Glock, Model 26, semi-automatic pistol, with serial number plate removed, which previously had been shipped and transported in interstate and foreign commerce.

(All in violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL:     Pursuant to the E-Government Act
the original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

Dana J. Boente
United States Attorney

By: _____

Raj Parekh
Special Assistant U.S. Attorney
Trial Attorney, Counterterrorism Section
National Security Division
U:S. Department of Justice

By: _____

Brian Hood
Assistant U.S. Attorney

2