Jan 28 2019

Clerk of Court
United States District Court
701 E. Broad Street
Suite 3000
Richmond, Va 23219

3:17-cr-00123-JAG-1

Clerk of Court,

Please send me a copy of my docket sheet as well as my plea agreement. Thank you,

Respectfully

Casey Spin
U.S.P. Lee
P.O. Box 305
Jonesville, Va 24263

RECEIVED
FEB 4 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

